JOHNS and another, Respondents, vs. CITY OF PLATTEVILLE, Appellant.

*May 1—May 21, 1914.*

APPEAL from an order of the circuit court for Grant county: GEORGE CLEMENTSON, Circuit Judge. *Affirmed.*
*R. A. Goodell,* for the appellant.
*Calvert Spensley,* for the respondents.

VINJE, J.    This case presents the same questions as the preceding case of *Carthew v. Platteville, ante,* p. 322, 147 N. W. 375, and is ruled by it.
*By the Court.*—Order affirmed.